DAVID G. BANES, Esq. (F0171)
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

Attorneys for Plaintiff Dateline Exports, Inc.

FILED
Clerk
District Court

NOV 30 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| DATELINE EXPORTS, INC., ) | CIVIL CASE NO. 99-0053 |
| ) | |
| Plaintiff, ) | |
| ) | SATISFACTION OF JUDGMENT |
| vs. ) | |
| ) | |
| BASIC CONSTRUCTION, INC., ) | Judge: Munson, Chief Judge |
| ) | Date: N/A |
| ) | Time: N/A |
| Defendant. ) | |

**PLEASE TAKE NOTICE** that Defendant has completely and fully satisfied the conditions of the Stipulation and Order of Judgment in this case dated February 25, 2000 (Munson, J.). Therefore, this matter should be dismissed with prejudice.

Dated this 29th of November, 2006.

Respectfully submitted,

O'CONNOR BERMAN DOTTS & BANES
Attorneys for Plaintiff Dateline Exports, Inc.

By: _____
David G. Banes

2265-02-061010-PL-SatJudgment-rcr